IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES J. HOLLAND,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | 1:10cv0750 DLB<br><br>ORDER DISMISSING ACTION<br>WITH PREJUDICE |

   Pursuant to the parties' stipulation to dismiss filed on December 21, 2010, this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own fees, costs and expenses.

   IT IS SO ORDERED.

**Dated:   December 22, 2010**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1